**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 06-2149**

————————————

In Re:   MARINE  ENERGY  SYSTEMS
CORPORATION,   A   South   Carolina
Corporation,

                                                              Debtor.

--------------------------

GENERAL DYNAMICS CORPORATION,

                                                              Plaintiff,

               versus

WILLIAM J. GILLIAM,

                                        Defendant - Appellant,

               versus

CBS CORPORATION,  formerly known as
Viacom    Inc.;    SIEMENS    POWER
GENERATION, INC., formerly known as
Siemens Westinghouse Power Corp.,

                        Third Party Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:05-cv-02510-DCN; 97-bk-01929-JW; 04-bk-80020-JW)

————————————

Submitted:  August 17, 2007        Decided:  September 6, 2007

————————————

Before MICHAEL, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wyatt B. Durrette, Jr., Christine A. Williams, DURRETTEBRADSHAW PLC, Richmond, Virginia, for Appellant. Henry E. Grimball, BUIST MOORE SMYTHE MCGEE, PA, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William J. Gilliam appeals from the district court's order affirming the bankruptcy court's orders denying his motion for a continuance of the summary judgment hearing and granting summary judgment in favor of the Third-Party Defendants on Gilliam's third-party claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>General Dynamics Corp. v. Gilliam</u>, Nos. 2:05-cv-02510-DCN; 97-bk-01929-JW; 04-bk-80020-JW (D.S.C. Sept. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>